DISMISS; Opinion issued October 30, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00270-CV

### FRANCISCO AND SYLVIA MOLINA, Appellants

### V.

### WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-03826-2011

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Appellant's brief is overdue. By letter dated July 27, 2012, the Court notified appellants that the attorney of record resigned from the practice of law effective May 25, 2012 and therefore could no longer represent appellants in this appeal. The Court directed appellants to notify the Court within thirty days of the name, State Bar number, address, and telephone number of a new attorney. We told appellants that if they did not notify the Court about a new attorney, we would presume appellants were proceeding pro se, and if so, their brief would be due sixty days from the date of the letter. We cautioned appellants that if we did not receive a brief within the time specified, we would dismiss the appeal without further notice. To date, appellants have not notified us regarding a new attorney, filed a brief or extension motion, or otherwise corresponded with the Court regarding the status of their brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120270F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

FRANCISCO AND SYLVIA MOLINA,
Appellants

No. 05-12-00270-CV      V.

WELLS FARGO BANK, N.A., Appellee

Appeal from the County Court at Law No. 2
of Collin County, Texas. (Tr.Ct.No. 002-
03826-2011).
Opinion delivered by Chief Justice Wright,
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellee Wells Fargo Bank, N.A. recover its costs of this appeal from appellants Francisco and Sylvia Molina.

Judgment entered October 30, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE